**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUSIANA**
**MONROE DIVISION**

**IN RE: ELLIS MYERS, JR.** **CASE NO: 25-30201**
**NICHOLE RUFFIN MYERS** **CHAPTER 13**

**POST-CONFIRMATION FEE ADDENDUM**
**APPLICATION & NOTICE FOR ATTORNEY'S FEES**

This Addendum is filed in compliance with 11U.S.C.§§ 330(a)(4)(B), 331,503(b), 507(a)(2) & 1326(b)(I); Bankruptcy rules 2002 & 2016. The Standing Order Regarding "No-Look" Fees and Addendums in Chapter 13 Cases (Uniform Order), adopted by the Bankruptcy Judges of the Western District of Louisiana and filed September 19, 2013 applies to all cases filed in or after September 20, 2013. The uniform order is not specifically effective for cases filed before that date however if this case was filed before September 20, 2013, debtor's counsel will use the amounts referenced therein for guidance as those amounts should be considered per se reasonable. The amount contained in this application is set forth and noticed in the accompanying pleading and objections to same must be filed with the clerk and serviced on the trustee and debtor's attorney at least seven days prior to the date set for the hearing on the accompanying matter. Considering the facts and time involved in this particular matter, counsel for hearing on the accompany mattarnolder. Considering the facts and time involved in this particular matter, counsel for the debtors makes the following election and request compensation for representation in the above- captioned case:

(1) ( X ) **Counsel elects the presumptive "NO LOOK FEE."** Counsel for debtor(s) hereby makes the "no look" election provided for in the **UNIFORM ORDER** for post-confirmation services set forth in same for a monetary sum not to exceed:

A) The fee for the defense of a motion for relief from stay, the fee for the defense of a motion to dismiss, or a plan modification will not exceed $ 500.00;

B) The combined fee for the defense of a motion for relief from stay, the fee for the defense of a motion for relief or motion to dismiss will not to exceed $750.00; and

C) The fee for post-confirmation motions to sell or objection to claims will not exceed $400.00.

Per the **UNIFORM ORDER** the presumptive post- confirmation "no-look" compensation and reimbursement of advanced expenses fee applicable in this case is:

( X ) **$450.00 for the Post Confirmation Amended Plan**.

(2) ( ) **COUNSEL ELECTS TO FILE A FEE APPLICATION IN LIEW OF THE "NO-LOOK" FEE** Consul for Debtor(s) hereby acknowledge that the total compensation and expenses requested may exceed the amounts contained in the Uniform Order and the no-look fee option set forth above should not apply. Approval of compensation and expenses may require counsel to notice for a hearing a separate application for compensation and expenses. Any fee application will comply with the bankruptcy code, rules and local rules. Such election shall be reference in the accompanying pleading.

**Dated: 11/3/2026**

**By: /s/ Sam Henry IV**
**Sam Henry IV, Attorney at Law**
**502 Trenton Street**
**West Monroe, La. 71291**
**(318) 322-7655**

SH/kp

**E-mail:** **[sam@samhenry4.com](mailto:sam@samhenry4.com)**